**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 21-60663-CIV-COHN/STRAUSS

ABS-CBN CORPORATION, *et al.,*

    Plaintiffs,

vs.

123FULLPINOYMOVIESHUB.COM, *et al.*,

    Defendants.

_____/

## PLAINTIFFS' MOTION TO UNSEAL

Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court for an Order unsealing all documents that have been restricted/sealed from the Court docket, returning all portions of the Court file to the public records. As grounds therefore, Plaintiffs state as follows:

1. On March 26, 2021, Plaintiffs filed their *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, together with the supporting Declarations and Exhibits (the "*Ex Parte* Application") [ECF No. 5] pursuant to Local Rule 5.4(d), which requires, unless the Court directs otherwise, *ex parte* filings be restricted from public view.

2. On March 30, 2021, this Court issued a Sealed Order Granting Plaintiffs' *Ex Parte* Application (the "Sealed Temporary Restraining Order"), [ECF No. 9] and scheduling a hearing in connection with Plaintiffs' Motion for Preliminary Injunction. Upon receipt, Plaintiffs served the Sealed Temporary Restraining Order on the requisite financial institutions to restrain Defendants' financial accounts at issue. Additionally, Plaintiffs provided notice to Defendants of

the Temporary Restraining Order and of the April 1, 2021 hearing, together with all other documents filed in this case.

3. As a seal on this matter is no longer required, Plaintiffs respectfully request this matter be unsealed and the portions of the docket relating to Plaintiffs' *Ex Parte* Application, together with all other documents that have been restricted from the Court docket,[1] be returned to the public portions of the Court file.

WHEREFORE, Plaintiffs respectfully request this Court issue an Order unsealing all documents filed with the Court that have been restricted from the Court docket and direct the Clerk to return those portions of the Court file to the public records.

DATED: April 12, 2021.

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.
By: **Christine Ann Daley**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Christine@smgpa.net
E-mail: Raquel@smgpa.net
Attorneys for Plaintiffs

---

[1] In accordance with Local Rule 5.4(d), ECF Nos. 6, 8 are also restricted from the Court's docket as it references Plaintiffs' *Ex Parte* Application.