UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60663-CIV-COHN/STRAUSS

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

v.

123FULLPINOYMOVIESHUB.COM, *et al.*,

    Defendants.                /

## ORDER UNSEALING DOCKET ENTRIES

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Unseal [DE 19] ("Motion"). The Motion requests that the Court unseal all documents previously filed under seal in this action, because the reasons for sealing no longer exist. The Court having reviewed the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Unseal [DE 19] is hereby **GRANTED**. The Clerk is directed to **UNSEAL** all sealed docket entries in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this ____ day of _____, 2021.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF