UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60663-CIV-COHN/STRAUSS

ABS-CBN CORPORATION, *et al.,*

       Plaintiffs,

vs.

123FULLPINOYMOVIESHUB.COM, *et al.*,

       Defendants.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment against Defendants [DE 26] ("Motion"). The Motion seeks a final default judgment against the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto ("Defendants"). The Court has reviewed the Motion, the supporting Declaration [DE 26-1], and the entire file of this case, and notes Defendants' failure to timely respond to the Motion.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court finds that Plaintiffs have met their burden of showing that they are entitled to a final default judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants [DE 26] is **GRANTED**. Judgment is entered in favor of Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., d/b/a StarCinema, and ABS-CBN International Corporation (collectively, "Plaintiffs"), and against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto.

2.    Plaintiffs are entitled to the following Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants having notice of this Order are hereby permanently restrained and enjoined from:

(a)     Advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works, including but not limited to those works identified in Paragraphs 25 and 26 of the Complaint (the "Copyrighted Works");

(b)     Advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified in Paragraphs 14 and 18 of the Complaint and in Schedules "B" and "C" attached thereto (the "ABS-CBN Marks");

(c)     using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' copyrighted works;

(d)     using any logo, and/or layout which may be calculated to falsely advertise the services or content of Defendants offered for distribution via the Internet websites operating under their domain names identified on Schedule "A" hereto (the "Subject Domain Names") and/or any other website or business as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

(e)     falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

(f)     engaging in any act which is likely to falsely cause members of the trade and/or of the public to believe any content or services of Defendants offered for distribution or distributed via the Subject Domain Names and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiffs;

(g)     using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, sale, or advertising of any services or content by Defendants via the Subject Domain Names, and/or any website or business;

(h)     affixing, applying, annexing or using in connection with the distribution of any content or services, a false description or representation, including words or other symbols tending to falsely describe or represent the content or services offered for distribution or distributed by Defendants via the Subject Domain Names and/or any other website or business as being those of Plaintiffs or in any way endorsed by Plaintiffs;

(i)     otherwise unfairly competing with Plaintiffs;

2

(j)     using the ABS-CBN Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites, Internet based website businesses registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

(k)     effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

3.     The Court further orders the following equitable relief:

(a)     In order to give practical effect to the Permanent Injunction, the domain names identified on Schedule "A" hereto ("Subject Domain Names") are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within five (5) days of receipt of this Judgment, upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff, or (ii) place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

(b)     Defendants, their agent(s) or assign(s), shall assign all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

4.     Plaintiffs' statutory damages pursuant to 15 U.S.C. § 1117(c) are determined to be $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed upon at least one trademark on one type of service.  The Court considered both the willfulness of

the Defendants' conduct and the deterrent value of the award imposed, and the

award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

5.    Plaintiffs' statutory damages pursuant to 15 U.S.C. § 1117(c) are determined to

be:

(a)    $60,000.00 against 123fullpinoymovieshub.com (Defendant Number 1),

for which let execution issue;

(b)    $30,000.00 against fullpinoymovieshub.com (Defendant Number 4), for

which let execution issue;

(c)    $30,000.00 against kapamilyaforever.su (Defendant Number 6), for which

let execution issue;

(d)    $30,000.00 against tambyanteleseyre.com (Defendant Number 6), for

which let execution issue;

(e)    $30,000.00 against pinoyflixteleserye.su (Defendant Number 9), for which

let execution issue;

(f)    $30,000.00 against pinoyhdnishai.com (Defendant Number 9), for which

let execution issue;

(g)    $30,000.00 against pinoyteleseryelambingan.net (Defendant Number 9),

for which let execution issue;

(h)    $30,000.00 against pinoy-hd.asia (Defendant Number 10), for which let

execution issue;

(i)    $30,000.00 against pinoymovies.org (Defendant Number 15), for which let

execution issue.

6.    Plaintiffs' statutory damages pursuant to 15 U.S.C. § 1117(d) are determined to

4

be:

(a)    $10,000.00  against  thefilipinochannel.su  (Defendant  Number  12),  for

which let execution issue.

7.    All funds currently restrained by the financial institutions, advertising services,

advertising  networks,  or  advertising  platforms,  payment  processors,  banks,

escrow  services,  or  money  transmitters,  including  but  not  limited  to  those

identified on Schedule "B" hereto (the "Advertising Services"), and their related

companies  and  affiliates,  are  to  be  immediately  (within  5  business  days),

transferred by all financial  institutions, advertising services, advertising networks,

or advertising platforms, payment processors, banks, escrow services, or money

transmitters,  including  but  not  limited  to  the  Advertising  Services,  and  by

Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the

monetary  judgment  entered  herein  against  each  Defendant.    All  financial

institutions, advertising services, advertising networks, or advertising platforms,

payment processors, banks, escrow services, or money transmitters, Advertising

Services, and their related companies and affiliates, shall provide to the Plaintiffs

at  the  time  the  funds  are  released,  a  breakdown  reflecting  (i)  the  total  funds

restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or

transaction reversals deducted from each Defendant's funds restrained prior to

the release; and (iii) total funds released per Defendant to the Plaintiffs.

8.    Interest on the amounts awarded in this judgment shall accrue at the legal rate.

See 28 U.S.C. § 1961.

9.    The bond posted by Plaintiffs in the amount of $10,000.00 [DE 12] is ordered to

be released by the Clerk of Court.

10.     The Court retains jurisdiction to enforce this Judgment and permanent injunction.

11.     The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all other

pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 3rd day of November, 2021.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Domain Name |
|---|---|
| 1 | 123fullpinoymovieshub.com |
| 2 | craigwhittakermp.co.uk |
| 2 | filpinereplay.com |
| 2 | futuregallery.co.uk |
| 2 | garmoshka.su |
| 2 | griefworld.su |
| 2 | lambingantv.su |
| 2 | pinoy-channels.su |
| 2 | pinoytambayanteleseryetv.su |
| 2 | pinoyteleserye.su |
| 2 | pinoytvlambingans.su |
| 2 | pinoytvteleseryes.net |
| 3 | creatomic.co |
| 4 | fullpinoymovieshub.com |
| 5 | hdfullmovies.net |
| 6 | kapamilyaforever.su |
| 6 | tambyanteleseyre.com |
| 7 | kshows.club |
| 8 | moviesnipipay.co |
| 9 | pinoyflixteleserye.su |
| 9 | pinoyhdnishai.com |
| 9 | pinoyteleseryelambingan.net |
| 10 | pinoy-hd.asia |
| 11 | pinoyhd.net |
| 12 | pinoyhdflix.su |
| 12 | pinoys1tv.su |
| 12 | pinoystvtambayan.su |
| 12 | pinoytambayanonline.su |
| 12 | replaypinoytvs.su |
| 12 | thefilipinochannel.su |
| 12 | wikisaji.su |
| 13 | pinoyhdteleserye.com |
| 14 | pinoymovies.ch |
| 15 | pinoymovies.org |
| 16 | pinoymovieshub.to |
| 17 | pinoysflix.su |

| Def. No. | Domain Name |
|---|---|
| 18 | pinoysmovieshub.su |
| 19 | pinoysreplays.su |
| 20 | pinoyteleseryehdreplay.net |
| 21 | teleseryeonline.su |

**SCHEDULE "B"**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT**
**INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES**

| Def. No. | Domain Name | Associated E-mails | Advertiser(s) Identified | Unique Identifier |
|---|---|---|---|---|
| 1 | 123fullpinoymovieshub.com | fullpinoytv@gmail.com | | |
| 2 | craigwhittakermp.co.uk | | | |
| 2 | filpinereplay.com | | | |
| 2 | futuregallery.co.uk | | | |
| 2 | garmoshka.su | grilian@mail.ru | | |
| 2 | griefworld.su | pinoymovies.su@gmail.com | | |
| 2 | lambingantv.su | herpalasif@gmail.com | | |
| 2 | pinoy-channels.su | | | |
| 2 | pinoytambayanteleseryetv.su | | | |
| 2 | pinoyteleserye.su | pinoyteleserye.su@gmail.com pinoyteleserye.su@whoisproxy.ru | VDO.AI VDO.AI Inc.<br><br><br>Google AdSense, Google LLC | pubId:1282 pubId:62e564782c44a66 https://a.vdo.ai/core/b-pinoyteleserye-su-v2/vdo.ai.js https://a.vdo.ai/core/b-pinoyteleserye-su-v1/vdo.ai.banner.js<br><br>capub-7094677798399606 ca-pub-2403018226404213 ca-pub-8309773808661346 |
| 2 | pinoytvlambingans.su | pinoyteleserye.su@gmail.com pinoyteleserye.su@whoisproxy.ru herpalasif@gmail.com | Google AdSense, Google LLC | ca-pub-2454131693938657 |
| 2 | pinoytvteleseryes.net | | | |
| 3 | creatomic.co | | | |
| 4 | fullpinoymovieshub.com | | | |
| 5 | hdfullmovies.net | | | |
| 6 | kapamilyaforever.su | support@phtv.net | | |
| 6 | tambyanteleseyre.com | | | |
| 7 | kshows.club | | | |
| 8 | moviesnipipay.co | | | |
| 9 | pinoyflixteleserye.su | javirock906@gmail.com | | |
| 9 | pinoyhdnishai.com | | | |

| Def. No. | Domain Name | Associated E-mails | Advertiser(s) Identified | Unique Identifier |
|---|---|---|---|---|
| 9 | pinoyteleseryelambingan.net | | Google AdSense, Google LLC | ca-pub-4073094583486028 |
| 10 | pinoy-hd.asia | | popads.net Tomksoft S.A. | 3926003 |
| 11 | pinoyhd.net | | Google AdSense, Google LLC | ca-pub-1256604383590629 |
| 12 | pinoyhdflix.su | | Google AdSense, Google LLC | ca-pub-2806149989775352 |
| 12 | pinoys1tv.su | | | |
| 12 | pinoystvtambayan.su | | Google AdSense, Google LLC | ca-pub-2456058618146104 |
| 12 | pinoytambayanonline.su | | | |
| 12 | replaypinoytvs.su | | | |
| 12 | thefilipinochannel.su | | | |
| 12 | wikisaji.su | | | |
| 13 | pinoyhdteleserye.com | | Google AdSense, Google LLC | ca-pub-1715847515243954 |
| 14 | pinoymovies.ch | | | |
| 15 | pinoymovies.org | | | |
| 16 | pinoymovieshub.to | | | |
| 17 | pinoysflix.su | | Google AdSense, Google LLC | ca-pub-6603743760556429 |
| 18 | pinoysmovieshub.su | | | |
| 19 | pinoysreplays.su | | Google AdSense, Google LLC | ca-pub-2456058618146104 |
| 20 | pinoyteleseryehdreplay.net | pinoyteleseryeinfo@gmail.com | | |
| 21 | teleseryeonline.su | teleseryeonline@gmail.com ayyazpinoy@gmail.com | Google AdSense, Google LLC | pub-3641817032249997 |